# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 16, 2020

162211(56)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ALTON FONTENOT, JR.,
      Defendant-Appellant.

_____/

SC: 162211
COA: 350391
Oakland CC: 2019-175232-AR

On order of the Chief Justice, the joint motion of the National College for DUI Defense and the Criminal Defense Attorneys of Michigan to file a brief amicus curiae and to waive the filing fee is GRANTED. The amicus brief will be accepted for filing if submitted on or before December 2, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2020



Clerk